## United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN D. CABADING AND ROLANDO CABADING,<br><br>            PLAINTIFF,<br><br>V.<br><br>LRP CAPITAL, ALISHA DUPREY, DANIEL J. KELLY, NEW CENTURY MORTGAGE, AND DOES 1 TO 50 INCLUSIVE<br><br>            DEFENDANTS. | CASE NO.: 06CV1948H(RBB)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the above Notice of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendants LRP CAPITAL, ALISHA DUPREY, DANIEL J. KELLY, NEW CENTURY MORTGAGE, AND DOES 1 TO 50 INCLUSIVE, shall be, and herewith is dismissed with prejudice in accordance with the terms of the settlement agreement between all parties.

**IT IS SO ORDERED.**

Dated:   January 22, 2007.

_/s/ Marilyn L. Huff_
MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE