# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Susan D. Cabading and Rolando Cabading,

V.

LRP Capital, Alisha Duprey, et. Al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 06cv1948H(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the complaint is dismissed with prejudice in accordance with the terms of the settlement agreement between parties..................................................................................................................

January 23, 2007
Date

W. Samuel Hamrick, Jr.
Clerk

B. Robinson
(By) Deputy Clerk

ENTERED ON January 23, 2007

06cv1948H(RBB)